**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| THOMAS I. GAGE, <br><br> Plaintiff, <br><br> v. <br><br> SHERIFF FRANK J. PROVENZANO, et al., <br><br> Defendants. | Civil Action No. 14-5700(JLL) (JAD) <br><br> **ORDER** |

**LINARES,** District Judge.

This matter comes before the Court by way of Magistrate Judge Dickson's November 24, 2014 Order to Show Cause why this action should not be dismissed [ECF No. 9]. Magistrate Judge Dickson filed a Report and Recommendation in connection with the Order to Show Cause on April 24, 2015 [ECF No. 19]. In particular, Magistrate Judge Dickson recommended that Plaintiff's claims against Defendant Provenzano be dismissed with prejudice and that Plaintiff be permitted to proceed at this time with his claims against Defendant Leffert. On May 5, 2015, Plaintiff filed an Objection to Magistrate Judge Dickson's April 24, 2015 Report and Recommendation. The Court decides this matter without oral argument pursuant to Rule 78 of the Federal Rules of Civil Procedure. For the reasons set forth in the Court's corresponding Opinion,

IT IS on this 19th day of **May, 2015**

**ORDERED** that the Report and Recommendation of Magistrate Judge Dickson, filed on April 24, 2015 [Docket Entry No. 19] is hereby **ADOPTED** as the findings of fact and conclusions of law of this Court; and it is further

**ORDERED** that Plaintiff's claims against Defendant Provenzano are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED**.

JOSE L. LINARES
U.S. DISTRICT JUDGE